Richard M. Cieri
Jonathan S. Henes
Nicole L. Greenblatt
Benjamin J. Steele
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

Counsel to the Reorganized Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| TRONOX INCORPORATED, et al., | Case No. 09-10156 (ALG) |
| Reorganized Debtors.[1] | Jointly Administered |
| TRONOX LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 09-01039 (ALG) |
| UNITED STATES OF AMERICA, NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, AND THE ADMINISTRATOR OF THE NEW JERSEY SPILL COMPENSATION FUND, | |
| Defendants. | |

**NOTICE OF DISMISSAL**

---

[1]   The reorganized debtors in these chapter 11 cases include:  Tronox Luxembourg S.ar.l; Tronox Incorporated; Cimarron Corporation; Southwestern Refining Company, Inc.; Transworld Drilling Company; Triangle Refineries, Inc.; Triple S, Inc.; Triple S Environmental Management Corporation; Triple S Minerals Resources Corporation; Triple S Refining Corporation; Tronox LLC; Tronox Finance Corp.; Tronox Holdings, Inc.; Tronox Pigments (Savannah) Inc.; and Tronox Worldwide LLC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and Federal Rule of Bankruptcy Procedure 7041, Plaintiff Tronox LLC hereby dismisses the above-captioned adversary proceeding. The above-captioned adversary proceeding can now be closed.

Dated: March 29, 2012  /s/ *Benjamin J. Steele*
      New York, New York

Richard M. Cieri
Jonathan S. Henes
Nicole L. Greenblatt
Benjamin J. Steele
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Counsel to the Reorganized Debtors and Debtors in Possession

## CERTIFICATE OF SERVICE

I, David H. DeCelles, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 29th day of March 2012, I caused a true and correct copy of the foregoing **NOTICE OF DISMISSAL** to be served upon the following counsel via first class mail:

Rachel J. Lehr
Deputy Attorney General
RJ Hughes Justice Complex
25 Market Street
PO Box 093
Trenton, NJ  08625

*Counsel for New Jersey*

Robert William Yalen
Assistant United States Attorney
86 Chambers Street
New York, NY  10007

*Counsel for the United States of America*

                                                                    */s/ David H. DeCelles*